# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D17-3775

———————————————————

JEREMY JAMES HURD,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————————

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

September 28, 2018

PER CURIAM.

   AFFIRMED.

WOLF, LEWIS, and RAY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Andy Thomas, Public Defender, and Colleen D. Mullen, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Jason W. Rodriguez, Assistant Attorney General, Tallahassee, for Appellee.